UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:03CR82-MU |
| | ) | |
| v. | ) | |
| | ) | ORDER TO DESTROY OR |
| | ) | DISPOSE OF EVIDENCE |
| LYNN ALAN PALMER | ) | |
| | ) | |

THIS MATTER is before the Court upon Motion of the United States for destruction or disposal of evidence.

It appears to the Court that this case is closed and that all avenues of appellate review have been exhausted or eliminated by the passage of time. It further appears to the Court that the Federal Bureau of Investigation is in possession of weapons and other similar devices, which were seized at the time of defendant's arrest.

For good cause shown, IT IS, THEREFORE, ORDERED that the Motion of the United States be, and hereby is GRANTED.

IT IS FURTHER ORDERED that the firearms described as

    a Glock model 30, .45 caliber pistol, serial number CFN 653US, and

    a Mauser-Werker 7.65 mm. pistol, serial number 757684

be destroyed or disposed of in accordance with the usual procedures of the (Federal Bureau of Investigation).

The Clerk is directed to certify copies of this Order to the Federal Bureau of Investigation, defense counsel James S. Weidner, Jr., Esq., and the United States Attorney.

Signed: February 13, 2006

Graham C. Mullen
United States District Judge