```
                    UNITED STATES COURT OF APPEALS

                       FOR THE FOURTH CIRCUIT
                                                            FILED
                                                      October 31, 2007


                            No. 07-281
                         3:03-cr-00082-GCM

In Re: LYNN A. PALMER

        Movant


                             ---------
                           O R D E R
                             ---------

     Movant has filed a Motion under 28 U.S.C. Section 2244
for an Order Authorizing District Court to Consider Second or
Successive Application for Relief under 28 U.S.C. Section
2254 or 2255.  Because the claims movant seeks to assert are
not second or successive, we deny the motion as unnecessary.
     Entered at the direction of Judge Michael with the
concurrence of Judge Niemeyer and Senior Judge Hamilton.


                                   For the Court,

                                   /s/ Patricia S. Connor
                                   _____
                                          CLERK
```